IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARUS BARNASON and JANICE BARNASON, | ) ) ) | |
| Plaintiffs, | ) ) | 4:03CV3166 |
| v. | ) ) | |
| GARVEY ELEVATORS, | ) ) | ORDER |
| Defendant. | ) ) | |
| RAYMOND SCHUTTE, et al., | ) ) | |
| Plaintiffs, | ) ) ) | 4:04CV3009 |
| v. | ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| DAVID JOHNSON, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | 4:04CV3010 |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| JOHN J. URICH, | ) ) | |
| Plaintiff, | ) ) | 4:04CV3011 |
| v. | ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |

Following a conference with counsel on May 16, 2005 pursuant to Fed. R. Civ. P. 16,

IT IS ORDERED:

1. The consolidated jury trial is continued to 9:00 a.m., August 15, 2005 for a duration of six trial days, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held in the chambers of the undersigned on August 2, 2005 at 9:00 a.m.

3. The deposition deadline is continued to July 19, 2005, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

Dated May 16, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge