IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARUS BARNASON and JANICE BARNASON, | ) ) ) | 4:03CV3166 |
| Plaintiffs, | ) ) | **MEMORANDUM AND ORDER** |
| vs. | ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| RAYMOND SCHUTTE, et al., | ) ) | |
| Plaintiffs, | ) ) | 4:04CV3009 |
| vs. | ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| DAVID JOHNSON, et al., | ) ) | |
| Plaintiffs, | ) ) | 4:04CV3010 |
| vs. | ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| JOHN J. URICH, | ) ) | |
| Plaintiff, | ) ) | 4:04CV3011 |
| vs. | ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |

On the court's own motion, and because of trials of criminal cases,

IT IS ORDERED that this consolidated matter is removed from the undersigned's August 15, 2005, trial docket and is continued until further order of this court.  Magistrate Judge Piester is requested to reschedule this matter for trial.

August 4, 2005.                               BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                        United States District Judge