IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARUS BARNASON and JANICE BARNASON, | ) ) ) | |
| Plaintiffs, | ) ) | 4:03CV3166 |
| v. | ) ) | |
| GARVEY ELEVATORS, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |
| RAYMOND SCHUTTE, et al., | ) ) | |
| Plaintiffs, | ) ) ) | 4:04CV3009 |
| v. | ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| DAVID JOHNSON, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 4:04CV3010 |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| JOHN J. URICH, | ) ) | |
| Plaintiff, | ) ) | 4:04CV3011 |
| v. | ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |

Because pending criminal cases set for trial October 31 are expected to go to trial,

IT IS ORDERED:

1. Jury trial of these cases is continued to December 12, 2005 at 9:00 a.m., for a duration of five trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  This case is set as the **FIRST CIVIL trial** scheduled for trial that week; it remains subject to the prior continuance or disposition of any criminal trials set that week. Jury selection will be held at commencement of trial.

DATED October 26, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge